DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

TARA I. ALLEN, Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES HANKENSEIFEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-05-540-KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | |
| v. ) | Date:  July 13, 2006 |
| ) | Time:  10:00 a.m. |
| JAMES HANKENSEIFEN, ) | Judge: Kimberly J. Mueller |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

     The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, JAMES HANKENSEIFEN, by and through his counsel TARA I. Allen of the Federal Defenders Office, stipulate that the initial appearance set for June 1, 2006 at 10:00 a.m. be rescheduled to July 13, 2006 at 10:00 a.m.

     The purpose of this request is to give the defendant, who resides in Colorado, an opportunity to consider an option of transferring this

/ / /

/ / /

/ / /

matter for plea and sentence under Fed. R. Crim. P. 20, or making the initial appearance in Sacramento.

Dated: May 31, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

/s/ Tara I. Allen
_____
TARA I. ALLEN
Staff Attorney
Attorney for Defendant
JAMES HANKENSEIFEN

Dated:  May 31, 2006         MCGREGOR W. SCOTT
                             United States Attorney

                             /s/ Matthew Stegman
                             _____
                             MATTHEW STEGMAN
                             Assistant U.S. Attorney

**O R D E R**

   IT IS SO ORDERED, that the initial appearance in this matter is now set for July 13, 2006 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  May 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE