```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES OF AMERICA,    )    Cr.S. 05-540-KJM
                             )
            Plaintiff,       )
                             )    ORDER RE: TRANSPORTATION
      v.                     )    AND SUBSISTENCE PURSUANT
JAMES HANKENSIEFKEN,         )
                             )
                             )
            Defendant.       )
                             )
_____)

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

   This is to authorize and direct you to furnish the above named defendant, JAMES HANKENSIEFKEN, with transportation from Pueblo, Colorado, to Sacramento, California for his initial appearance hearing in the United States Magistrate Court for the Eastern District of California on July 13, 2006 at 10:00 a.m.  It will be necessary for Mr. Hankensiefken to arrive in Sacramento, California in the early morning (before 9:00 a.m.) on July 13, 2006 to timely make his court appearance by 10:00 a.m. on July 13, 2006.  Mr. Hankensiefken will also need return transportation back to his residence after his initial appearance hearing. The foregoing is authorized by 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated:  June 27, 2006.

                              _____
                              UNITED STATES MAGISTRATE JUDGE