IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 05-540-KJM |
| ) | |
| Plaintiff, ) | |
| ) | SUPPLEMENTAL ORDER RE: |
| v. ) | TRANSPORTATION AND SUBSISTENCE |
| JAMES HANKENSIEFKEN, ) | (**18 U.S.C. § 4285**) |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

   This is to authorize and direct you to furnish the above named defendant, JAMES HANKENSIEFKEN, with return transportation from Sacramento, California from his initial appearance hearing in the United States Distrct Court for the Eastern District of California on July 13, 2006 at 10:00 a.m. to Pueblo, Colorado.  You also are authorized and directed to furnish Mr. Hankensiefken with subsistence expenses from and to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. Mr. Hankensiefken is financially unable to travel from and to Pueblo, Colorado without transportation and subsistence expenses.  This order supplements the court's prior order of June 27, 2006 and is authorized by 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated:  July 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE