|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )    Cr.S. 05-540-KJM
                                  )
          Plaintiff,              )
                                  )    ORDER RE: TRANSPORTATION
     v.                           )    AND SUBSISTENCE
                                  )    (18 U.S.C. § 4285)
                                  )
JAMES HANKENSIEFKEN,              )
                                  )
          Defendant.              )
_____)

TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

   This is to authorize and direct you to furnish the above named defendant, JAMES HANKENSIEFKEN, with transportation from Oroville, California, to Sacramento, California for his change of plea hearing in the United States Magistrate Court for the Eastern District of California on October 12, 2006 at 10:00 a.m.  It will be necessary for Mr. Hankensiefken to arrive in Sacramento, California in the early morning (before 9:00 a.m.) on October 12, 2006 to timely make his court appearance by 10:00 a.m. on October 12, 2006.  Mr. Hankensiefken will also need return transportation back to his residence after his change of plea hearing.

/////

/////

The above is authorized by 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated: October 10, 2006.

_____
UNITED STATES MAGISTRATE JUDGE