UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



FILED

MAY 2 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Kimberly J. Mueller
United States Magistrate Judge
Sacramento, California

RE: **James Lee HANKENSIEFKEN**
Docket Number: 2:05CR00540-01
Offense: 18 USC 11 - Assaulting, Resisting, Impeding Certain Officers and Employees
(CLASS A MISDEMEANOR)
Date of Sentence: 01/18/2007
<u>ADMINISTRATIVE STATUS REQUEST/ORDER</u>

Your Honor:

The United States Probation Office proposes to assign the above-named probationer to the Administrative Caseload program previously approved by this Court.

By submission of this proposal, the probation officer certifies that the probationer:

1) has demonstrated consistent satisfactory compliance with the general and special conditions of probation;

2) has exhibited no evidence of drug or alcohol dependence or mental health problems since being placed on supervision;

3) has adequate legitimate income to support himself;

4) does not pose a reasonably foreseeable danger to any person or the community;

5) is not in need of correctional treatment services of the United States Probation Office.

The probationer has requested a move back to Colorado, where he has lived on and off for the last few years. He has family in Colorado, and the social services agency in that state assists him with counseling, job referrals, and housing. The probationer is mildly retarded, and appears

Rev. 05/2006
ADMIN CASE - COURT ORDER.MRG

RE: HANKENSIEFKEN, James Lee
Docket Number: 2:05CR00540-01
**ADMINISTRATIVE STATUS REQUEST/ORDER**

to be more in need of social services of this type, rather than the services typically offered through the U.S. Probation Office.

Unless Your Honor directs otherwise, this probationer will be required to report only by telephone and e-mail for the remainder of the term of probation, unless direct supervision is reinstated for cause.

This proposed assignment will become effective two weeks from the date of this memorandum, unless Your Honor directs otherwise. The probation officer is available to discuss this matter if Your Honor desires additional information.

Respectfully submitted,

/s/ Jeffrey C. Oestreicher

**JEFFREY C. OESTREICHER**
**United States Probation Officer**

DATED: May 17, 2007
Redding, California
JCO

/s/ Richard A. Ertola

REVIEWED BY: _____

**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved: ✗    Disapproved: _____

5/18/07
Date

KIMBERLY J. MUELLER
United States Magistrate Judge

cc: United States Attorney's Office
Tara Allen, AFD