PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| vs. | **Docket Number: 2:05CR00540-01** |
| **JAMES L. HANKENSIEFKEN** | |

On January 18, 2007, the above-named was placed on probation for a period of 2 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Jeffrey C. Oestreicher

**JEFFREY C. OESTREICHER
United States Probation Officer**

Dated:   December 18, 2007
         Redding, California
         JCO:aph

                        /s/ Richard A. Ertola
**REVIEWED BY:**   _____
                   **RICHARD A. ERTOLA
                   Supervising United States Probation Officer**

Re: **HANKENSIEFKEN, JAMES L.**
   **Docket Number:   2:05CR00540-01**
   **ORDER TERMINATING PROBATION**
   **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

DATED: December 19, 2007.

_____
U.S. MAGISTRATE JUDGE

JCO:aph

Attachment:   Recommendation

cc:   United States Attorney's Office